STATE of Missouri, Plaintiff–
Respondent,

v.

Eric VONGRUBEN, Defendant–
Appellant.

Eric VONGRUBEN, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 56312, 56335 and 60919.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 29, 1992.

Brad B. Baker, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Appellant, found guilty of first degree murder and sentenced to life in prison without eligibility for parole or probation, claims the trial court erred. Appellant also appeals from a denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Judgment affirmed pursuant to Rules 30.25 and 84.16(b).